[No. 15609–8–I.   Division One.   November 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
THOMAS HOYER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–02140–0, Terrence A. Carroll, J., entered
October 22, 1984. *Dismissed* by unpublished per curiam
opinion.

[No. 8202–1–II.   Division Two.   November 3, 1986.]

TERENCE KILCOLLINS, ET AL, *Appellants,* v. TRACY
DORIOT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark
County, No. 84–2–00130–9, John N. Skimas, J., entered
October 5, 1984. *Affirmed* by unpublished opinion per
Hanley, J. Pro Tem., concurred in by Dolliver and Swayze,
JJ. Pro Tem.

[No. 8685–9–II.   Division Two.   November 3, 1986.]

THOMAS MARK BREZARICH, ET AL, *Appellants,* v. THEODORE
W. NEWALL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 82–2–05579–0, E. Albert Morrison, J.,
entered May 4, 1984. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 7913–5–II.   Division Two.   November 5, 1986.]

THE STATE OF WASHINGTON, *Appellant,* v. JANICE
ROBERTA MATHEWS, *Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 84–1–00239–5, John N. Skimas, J., entered
June 8, 1984. *Reversed* by unpublished opinion per Reed,
A.C.J., concurred in by Petrich and Alexander, JJ.